## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BAMACO, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-CV-008-JHP-PJC |
| | ) | |
| CITY OF TULSA, a municipal | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### JOINT STIPULATION
### FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Bamaco, Inc. and Defendant City of Tulsa, pursuant to FED. R. CIV. P. 41(a)(1)(ii),

hereby mutually stipulate to the dismissal of this action, without prejudice to the filing of a further

action, with each party to bear its respective costs and attorney fees.

Dated this 4th day of February 2008.

Respectfully submitted,

By:    /s/ Pansy Moore-Shrier
       Pansy Moore-Shrier, OBA No. 20289
       ROBINETT & MURPHY
       624 South Boston Ave., Suite 900
       Tulsa, Oklahoma 74119
       (918) 592-3699
       (918) 592-0963 *facsimile*
       pmoore-shrier@robinettmurphy.com

       *Attorneys for Plaintiff Bamaco, Inc.*

By:    /s/ Jean Ann Hudson
       Jean Ann Hudson, OBA No. 13698
       CITY ATTORNEY'S OFFICE
       200 Civic Center, Room 316
       Tulsa, Oklahoma 74103
       (918) 596-7717
       (918) 596-9700 *facsimilie*
       jhudson@ci.tulsa.ok.us

       *Attorneys for Defendant*
       *City of Tulsa*